KATHLEEN A. LEAVITT                                              E-FILED 01/19/2010
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| IN RE:<br>LORI D THAYN<br><br><br>                              **Debtor**<br>**Attorney for Debtor:**<br>       **HAINES & KRIEGER L.L.C.** | CASE NO: BKS-09-21402-LBR<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before February 18, 2010. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

Page 2 of 5
LORI D THAYN
BKS-09-21402-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAN HONDA FINANCE**<br>P O BOX 168088<br>IRVING, TX  75062-8088 | $7,759.90<br>AT 6.25% INT<br>FROM | VEHICLE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | 6248 |
| TRUSTEE CLAIM# 00002 / COURT CLAIM # 6 | | | |
| **American Honda Finance**<br>P O Box 16808<br>Irving, TX  75016 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| TRUSTEE CLAIM# 00003 / COURT CLAIM # | | | |
| **Americas Servicing**<br>7485 New Horizon Way<br>Frederick, MD  21703 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| TRUSTEE CLAIM# 00004 / COURT CLAIM # | | | |
| **AMERICA'S SERVICING COMPANY**<br>ONE HOME CAMPUS/BK/PMT/PROC<br>/MAC#2302-04C<br>DES MOINES IOWA,  50328 | $4,931.48<br>AT 0.00% INT<br>FROM | MORTG ARREARS POST PETITIO<br><br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXXXX4603 |
| TRUSTEE CLAIM# 00005 / COURT CLAIM # 4 | | | |
| **Americas Servicing Co**<br>Attention:  Bankruptcy<br>1 Home Campus<br>Des Moines, IA  50328 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXXXXX6139 |
| TRUSTEE CLAIM# 00006 / COURT CLAIM # | | | |
| **PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | $12,104.49<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 6694 |
| TRUSTEE CLAIM# 00007 / COURT CLAIM # 14 | | | |
| **FIA CARD SERVICES NA AS SUCCESSOR TO**<br>BANK OF AMERICA NA (USA) AND MBNA AMERICA BANK NA<br>1000 SAMOSET DRIVE | $772.23<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 2337 |
| TRUSTEE CLAIM# 00008 / COURT CLAIM # 11 | | | |
| **ECAST SETTLEMENT CORPORATION**<br>ASSIGNEE OF CHASE BANK USA, NA<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $4,822.51<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 5982 |
| TRUSTEE CLAIM# 00009 / COURT CLAIM # 12 | | | |
| **Chase**<br>Bank One Card Serv<br>Westerville, OH  43081 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX9290 |
| TRUSTEE CLAIM# 00010 / COURT CLAIM # | | | |
| **Chase**<br>201 N. Central Ave Floor 11<br>Phoenix, AZ  85004 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX7285 |
| TRUSTEE CLAIM# 00011 / COURT CLAIM # | | | |
| **ECAST SETTLEMENT CORPORATION**<br>ASSIGNEE OF CHASE BANK USA, NA<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 | $6,620.28<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 0619 |
| TRUSTEE CLAIM# 00012 / COURT CLAIM # 13 | | | |

Page 3 of 5
LORI D THAYN
BKS-09-21402-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>CITIBANK (CITIBANK)<br>PO BOX 12914<br>NORFOLK, VA  23541 | $7,376.11<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00013 / COURT CLAIM # 7 | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 5746 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10390<br>GREENVILLE, SC  29603-0390 | $2,595.25<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00014 / COURT CLAIM # 1 | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 5259 |
| **GEMB / Dillards**<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA  30076 | $0.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00015 / COURT CLAIM # | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX2052 |
| **Gemb/gap**<br>Attention:  Bankruptcy<br>Po Box 103106<br>Roswell, GA  30076 | $0.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00016 / COURT CLAIM # | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX2067 |
| **GEMB/JCP**<br>ATTENTION:  BANKRUPTCY<br>PO BOX 103106<br>ROSWELL, GA  30076 | $0.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00017 / COURT CLAIM # | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XX1345 |
| **HSBC BANK NEVADA NA (BEST BUY CO INC)**<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL SUITE 200<br>TUCSON, AZ  85712 | $1,922.20<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00018 / COURT CLAIM # 15 | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 8389 |
| **IRS**<br>PO BOX 21126<br>INSOLVENCY<br>PHILADELPHIA, PA  19114-0326 | $0.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00019 / COURT CLAIM # | IRS PRTY<br>NOT FILED<br>EXACTLY 0.00% TO BE PAID | |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>TSYS DEBT MGMT, INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 | $1,610.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00020 / COURT CLAIM # 3 | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 2358 |
| **NATIONAL CITY BANK**<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $8,983.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00021 / COURT CLAIM # 5 | VEHICLE DIRECT<br><br>Paid direct by Debtor 100.00% TO BE PAID | 3582 |
| **NATIONAL CITY BANK**<br>150 ALLEGHENY CENTER MAL<br>PITTSBURGH, PA  15212 | $0.00<br>AT 0.00% INT<br>FROM<br>TRUSTEE CLAIM# 00022 / COURT CLAIM # | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **RC WILLEY HOME FURNISHINGS**<br>RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | $1,100.00<br>AT 6.00% INT<br>FROM<br>TRUSTEE CLAIM# 00023 / COURT CLAIM # 10 | SECURED-OTHER<br><br>EXACTLY 100.00% TO BE PAID | 2685 |

|  |  | Page 4 of 5 |
|---|---|---|
| LORI D THAYN |  | BKS-09-21402-LBR |

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Select Portfolio**<br>PO Box 65250<br>Salt Lake City, UT  84165 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 8439 |
| | **TRUSTEE CLAIM# 00024 / COURT CLAIM #** | | |
| **Select Portfolio Svcin**<br>3815 South West Temple St<br>Salt Lake City, UT  84115 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX8439 |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM #** | | |
| **SELECT PORTFOLIO SVCIN**<br>PO BOX 65250<br>SALT LAKE CITY, UT  84165 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX6139 |
| | **TRUSTEE CLAIM# 00026 / COURT CLAIM #** | | |
| **Target**<br>PO Box 9475<br>Minneapolis, MN  55440 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX1064 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM #** | | |
| **Tnb-visa**<br>Po Box 9475<br>Minneapolis, MN  55440 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX7885 |
| | **TRUSTEE CLAIM# 00028 / COURT CLAIM #** | | |
| **Us Bank Hogan Loc**<br>Po Box 5227<br>Cincinnati, OH  45201 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXX7194 |
| | **TRUSTEE CLAIM# 00029 / COURT CLAIM #** | | |
| **WELLS FARGO BANK NA**<br>WELLS FARGO SERVICING CENTER<br>MAC#Q2132-013, P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $8,416.86<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | XXXXX0764 |
| | **TRUSTEE CLAIM# 00030 / COURT CLAIM # 8** | | |
| **WELLS FARGO BANK NA**<br>WELLS FARGO CARD SVCS/RECOVERY DEPT<br>PO BOX 9210<br>DES MOINES, IA  50306 | $3,079.18<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 1323 |
| | **TRUSTEE CLAIM# 00031 / COURT CLAIM # 2** | | |
| **American Honda Finance**<br>600 Kelly Way<br>Holyoke, MA  01040 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXX6248 |
| | **TRUSTEE CLAIM# 00034 / COURT CLAIM #** | | |
| **Americas Servicing Co**<br>Attention:  Bankruptcy<br>1 Home Campus<br>Des Moines, IA  50328 | $0.00<br>AT 0.00% INT<br>FROM | UNSECURED BY MATRIX<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXXXX5484 |
| | **TRUSTEE CLAIM# 00035 / COURT CLAIM #** | | |
| **PRA RECEIVABLES MANAGEMENT LLC**<br>PORTFOLIO RECOVERY ASSOCIATES LLC<br>GE MONEY BANK (THE GAP)<br>PO BOX 12914<br>NORFOLK, VA  23541 | $464.94<br>AT 0.00% INT<br>FROM | UNSECURED<br><br>APPROXIMATELY 0.00% TO BE PAID | 7473 |
| | **TRUSTEE CLAIM# 00036 / COURT CLAIM # 9** | | |

LORI D THAYN  
BKS-09-21402-LBR

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICA'S SERVICING COMPANY** <br> ONE HOME CAMPUS/BK/PMT/PROC <br> /MAC#2302-04C <br> DES MOINES IOWA, 50328 | $0.00 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 00037 / COURT CLAIM #** | ONGOING MORTG PMT BY TRUS <br><br> EXACTLY 100.00% TO BE PAID | XXXXXXX5484 |
| **RC WILLEY HOME FURNISHINGS** <br> RC WILLEY FINANCIAL SERVICES <br> PO BOX 65320 <br> SALT LAKE CITY, UT 84165-0320 | $891.99 <br> AT 0.00% INT <br> FROM <br> **TRUSTEE CLAIM# 10023 / COURT CLAIM # 10** | UNSECURED <br><br> APPROXIMATELY 0.00% TO BE PAID | 2685 |

Dated: 1/19/2010

/s/ ESTHER CARR  
for Kathleen A. Leavitt  
Chapter 13 Bankruptcy Trustee